# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Lazarou, et al. v. Am. Board of Psychiatry and Neurology

Case Number: 1:19-cv-01614

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs, Emily Elizabeth Lazarou and Aafaque Akhter

Attorney name (type or print): Laura E. Feldman

Firm: Robinson Curley P.C.

Street address: 300 S. Wacker Drive, Suite 1700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6296356
(See item 3 in instructions)

Telephone Number: (312) 663-3100

Email Address: chyndman@robinsoncurley.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/6/2019

Attorney signature: S/ Laura E. Feldman

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015