**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Lazarou, et al. v. Am. Board of   Case Number: 1:19-cv-01614
Psychiatry and Neurology

An appearance is hereby filed by the undersigned as attorney for:
 Plaintiffs, Emily Elizabeth Lazarou and Aafaque Akhter

Attorney name (type or print): Benjamin E. Schwab

Firm: Robinson Curley P.C.

Street address: 300 S. Wacker Drive, Suite 1700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6330410                   Telephone Number: (312) 663-3100
(See item 3 in instructions)

Email Address: bschwab@robinsoncurley.com

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you acting as local counsel in this case?         ☐ Yes  ☑ No

Are you a member of the court's trial bar?            ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                  ☐ Appointed Counsel
                                                    If appointed counsel, are you

                                                      ☐ Federal Defender

                                                      ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/6/2019

Attorney signature:   S/ Benjamin E. Schwab
                      (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015