# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Lazarou, et al. v Am. Board of Psychiatry and Neurology

Case Number: 1:19-cv-01614

An appearance is hereby filed by the undersigned as attorney for:
American Board of Psychiatry and Neurology

Attorney name (type or print): Christopher B. Sullivan

Firm: Price Parkinson & Kerr, PLLC

Street address: 5742 West Harold Gatty Drive, Suite 101

City/State/Zip: Salt Lake City / Utah / 84116

Bar ID Number: 6230362
(See item 3 in instructions)

Telephone Number: 801-517-7009

Email Address: Sullivan@ppktrial.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/20/2019

Attorney signature: S/ Christopher B. Sullivan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015