## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Emily Elizabeth Lazarou

and Aafaque Akhter

_____

Plaintiff(s),

v.

Case Number: 1:19-cv-01614

American Board of Psychiatry and

Neurology

_____

Judge John Z. Lee

Defendant(s).

**Certification by Attorney Regarding Discovery Obligations
Under Mandatory Initial Discovery Pilot Project**

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff(s) to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendant(s) to file this certification with the Answer.

/s/ Benjamin E. Schwab                    April 3, 2019
_____          _____

Attorney's Signature                     Date


Name: Benjamin E. Schwab

Address: 300 S. Wacker Drive, Suite 1700, Chicago, IL 60606

Phone Number: 312-663-3100

Email Address: bschwab@robinsoncurley.com

_Rev. 6/2017_