# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Emily Elizabeth Lazarou and

Aafaque Akhter

Plaintiff(s),

v.

American Board of Psychiatry and Neurology

Defendant(s).

Case Number: 1:19-cv-01614

Judge John Z. Lee

**Certification by Attorney Regarding Discovery Obligations
Under Mandatory Initial Discovery Pilot Project**

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff(s) to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendant(s) to file this certification with the Answer.

/s/ Katrina Carroll

Attorney's Signature

April 3, 2019

Date

Name: Katrina Carroll

Address: 111 W. Washington Street, Suite 1240. Chicago, IL 60602

Phone Number: 312-750-1265

Email Address: kcarroll@litedepalma.com

*Rev. 6/2017*