**FILED**

**APR 03 2019**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re AMERICAN BOARD OF MEDICAL SPECIALTIES MAINTENANCE OF CERTIFICATION ANTITRUST LITIGATION | ) MDL No. 2888 ) ) ) ) |

**PROOF OF SERVICE**

I Hereby Certify that a Copy of the Foregoing: CONSOLIDATED REPLY BRIEF IN SUPPORT OF MOTION OF PLAINTIFFS STEVE MANNIS, M.D., TONIANNE FRENCH, M.D., AND LOUIS LIM, M.D., TO TRANSFER RELATED ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS and this Certificate of Service was served via electronic mail or via first class mail, as indicated, on March 29, 2019, to the following:

**Served *via* Electronic Mail**

| Counsel for Plaintiffs Steve Mannis, M.D., Tonianne French, M.D., and Louis Lim, M.D. S.D. California, No. 19-CV-00341 | ROBBINS GELLER RUDMAN & DOWD LLP<br>DAVID W. MITCHELL<br>CARMEN A. MEDICI<br>ARTHUR L. SHINGLER III<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>davidm@rgrdlaw.com<br>cmedici@rgrdlaw.com<br>ashingler@rgrdlaw.com.<br><br>ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>GEORGE C. AGUILAR<br>JENNY L. DIXON<br>ERIC M. CARRINO<br>5040 Shoreham Place<br>San Diego, CA  92122<br>Telephone:  619/525-3990<br>619/525-3991 (fax)<br>brobbins@robbinsarroyo.com<br>gaguilar@robbinsarroyo.com<br>jdixon@robbinsarroyo.com<br>ecarrino@robbinsarroyo.com |
|---|---|

| | |
|---|---|
| Counsel for Plaintiff Sadhish K. Siva<br>N.D. Illinois, No. 19-cv-01407 | ROBINSON CURLEY P.C.<br>C. PHILIP CURLEY<br>CYNTHIA H. HYNDMAN<br>LAURA R. FELDMAN<br>BENJAMIN E. SCHWAB<br>300 South Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>Telephone: 312/663-3100<br>312/663-0303 (fax)<br>pcurley@robinsoncurley.com<br>chyndman@robinsoncurley.com<br>lfeldman@robinsoncurley.com<br>bschwab@robinsoncurley.com<br><br>LITE DEPALMA GREENBERG, LLC<br>KATRINA CARROLL<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>Telephone: 312/750-1265<br>312/212-5919<br>kcarroll@litedepalma.com<br><br>FREED KANNER LONDON<br>   & MILLEN LLC<br>MICHAEL J. FREED<br>BRIAN M. HOGAN<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224/ 632-4500<br>224/632-4521 (fax)<br>mfreed@fklmlaw.com<br>bhogan@fklmlaw.com<br><br>FREED KANNER LONDON<br>   & MILLEN LLC<br>JONATHAN M. JAGHER<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: 610/234-6487<br>224/632-4521<br>jjagher@fklmlaw.com |
| Counsel for Plaintiffs Gerard Kenney, Alexa Joshua, Glen Dela Cruz Manalo, and Katherine Murray Leisure<br>E.D. Pennsylvania, No. 18-CV-05260 | ROBINSON CURLEY, P.C.<br>C. PHILIP CURLEY<br>ALAN F. CURLEY<br>CYNTHIA H. HYNDMAN<br>SAMUEL G. ROYKO |

| | |
|---|---|
| | 300 South Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>Telephone: 312/663-3100<br>312/663-0303 (fax)<br>pcurley@robinsoncurley.com<br>acurley@robinsoncurley.com<br>chyndman@robinsoncurely.com<br>sroyko@robinsoncurley.com<br><br>LITE DEPALMA GREENBERG, LLC<br>STEVEN J. GREENFOGEL<br>MINDEE J. REUBEN<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Telephone: 267/519-8306<br>973/623-0858 (fax)<br>sgreenfogel@litedepalma.com<br>mreuben@litedepalma.com<br><br>LITE DEPALMA GREENBERG, LLC<br>KATRINA CARROLL<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>Telephone: 312/750-1265<br>312/212-5919 (fax)<br>kcarroll@litedepalma.com |
| Counsel for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter<br>N.D. Illinois, No. 1:19-cv-01614 | ROBINSON CURLEY P.C.<br>C. PHILIP CURLEY<br>CYNTHIA H. HYNDMAN<br>LAURA R. FELDMAN<br>BENJAMIN E. SCHWAB<br>300 South Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>Telephone: 312/663-3100<br>312/663-0303 (fax)<br>pcurley@robinsoncurley.com<br>chyndman@robinsoncurley.com<br>lfeldman@robinsoncurley.com<br>bschwab@robinsoncurley.com<br><br>LITE DEPALMA GREENBERG, LLC<br>KATRINA CARROLL<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>Telephone: 312/750-1265<br>312/212-5919 (fax)<br>kcarroll@litedepalma.com |

| Counsel for Defendant American Board of Internal Medicine | BALLARD SPAHR ANDREWS & INGERSOLL<br>LESLIE E. JOHN<br>JASON A. LECKERMAN<br>ELIZABETH P. WEISSERT<br>MANSI SHAH<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: 215/864-8266<br>215/864-8999 (fax)<br>john@ballardspahr.com<br>leckermanj@ballardspahr.com<br>weisserte@ballardspahr.com<br>shahm@ballardspahr.com |
|---|---|
| Counsel for Defendant American Board of Anesthesiology | FOX ROTHSCHILD LLP<br>JOHN J. SHAEFFER<br>Constellation Place<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310/598-4150<br>310/556-9828 (fax)<br>jshaeffer@foxrothschild.com<br><br>FOX ROTHSCHILD LLP<br>MAUREEN DEMAREST MURRAY<br>300 N. Greene Street, Suite 1400<br>Greensboro, NC 27401<br>Telephone: 336/378-5200<br>336/378-5400 (fax)<br>mmurray@foxrothschild.com<br><br>FOX ROTHSCHILD LLP<br>NATALMA M. MCKNEW<br>2 West Washington Street, Suite 1100<br>Greenville, SC 29601<br>Telephone: 864/751-7600<br>864/751-7800 (fax)<br>tmcknew@foxrothschild.com |
| Counsel for Defendants American Board of Medical Specialties and American Board of Emergency Medicine | SCHIFF HARDIN LLP<br>JACK R. BIERIG<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>Telephone: (312) 258-5500<br>312/258-5600 (fax)<br>jbierig@schiffhardin.com |

| Counsel for Defendant American Board of Psychiatry and Neurology | PRICE PARKINSON & KERR, PLLC<br>CHRISTOPHER B. SULLIVAN<br>5742 W. Harold Gatty Drive, Suite 101<br>Salt Lake City, UT 84116<br>Telephone: (801) 517-7009<br>801/517-7114 (fax)<br>sullivan@ppktrial.com |
|---|---|
| Counsel for Defendant American Board of Radiology | DORSEY & WHITNEY LLP<br>JAMES B. LYNCH<br>JAIME STILSON<br>ERIK D. RUDA<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Telephone: 612/340-2600<br>612/340-2868 (fax)<br>lynch.jim@dorsey.com<br>stilson.jaime@dorsey.com<br>ruda.erik@dorsey.com |

**Served *via* First Class U.S. Mail**

| Clerk, Eastern District of Pennsylvania<br>Philadelphia, PA<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA  19106 | Clerk, Southern District of California<br>San Diego, CA<br>Edward J. Schwartz<br>United States Courthouse<br>221 West Broadway<br>San Diego, CA  92101 |
|---|---|
| Clerk, Northern District of Illinois<br>Chicago, IL<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL  60604 | |

DATED: March 29, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
CARMEN A. MEDICI
ARTHUR L. SHINGLER III


_____s/ David W. Mitchell_____
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
cmedici@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
JENNY L. DIXON
ERIC M. CARRINO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
jdixon@robbinsarroyo.com
ecarrino@robbinsarroyo.com

Counsel for Plaintiffs Steve Mannis, M.D., Tonianne French, M.D., and Louis Lim, M.D., No. 3:19-cv-00341 (S.D. Cal.)