UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Emily Elizabeth Lazarou, et al.
                        Plaintiff,

v.                                         Case No.: 1:19–cv–01614
                                                      Honorable John Z. Lee

American Board of Psychiatry and Neurology
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 22, 2019:

      MINUTE entry before the Honorable John Z. Lee:The initial status hearing set for 5/9/19 is reset to 5/22/19 at 9:15 a.m.The parties are directed to file a joint initial status report four business days prior to the initial status hearing.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.