**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

EMILY ELIZABETH LAZAROU
and AAFAQUE AKHTER

          Plaintiffs,

v.

AMERICAN BOARD OF PSYCHIATRY
AND NEUROLOGY,

          Defendant.

Case No.: 1-19-cv-01614

Honorable John Z. Lee

**AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY'S MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant American Board of

Psychiatry and Neurology respectfully moves to dismiss with prejudice all counts of Plaintiffs'

Class Action Complaint (Dkt. 1) for failure to state a claim upon which relief can be granted.  The

specific grounds for this motion are set forth in the accompanying brief.

          Respectfully submitted,

Dated: May 10, 2019

By:  /s/ *Christopher Sullivan*
      Christopher B. Sullivan
      PRICE PARKINSON & KERR
      5742 West Harold Gatty Drive
      Salt Lake City, Utah 84116
      Tel: (801) 517-7009
      Sullivan@ppktrial.com

      Anne I-Pin Shaw
      Darryl Tom
      SHAW LEGAL SERVICES, LTD.
      540 W. Briar Place, Unit B
      Chicago, Illinois 60657
      ashaw@shawattorneys.com
      dtom@shawattorneys.com

2

*Attorneys for Defendant American Board of Psychiatry and Neurology*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2019, the foregoing **AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to the following:

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com

Katrina Carroll
LITE DEPALMA GREENBERG, LLC
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@litedepalma.com

　　　　　　　　　　　　　　　　　　 */s/ Christopher Sullivan*
　　　　　　　　　　　　　　　　　　　 Christopher Sullivan