**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | Case No.: 1-19-cv-01614<br><br>Honorable John Z. Lee |

**DECLARATION OF ANDREA PEARSON SUPPORTING DEFENDANT'S MOTION REQUESTING JUDICIAL NOTICE OF NBPAS' WEBSITE**

Andrea Pearson, under penalty of perjury, testifies as follows:

1.      I am a paralegal with the law firm of Price, Parkinson & Kerr, PLLC.

2.      Attached hereto as Exhibits A-F, respectively, are true and correct copies of pages of the National Board of Physicians and Surgeons' ("NBPAS") website which I personally downloaded and saved to my computer on May 8, 2019; specifically, the following:

    a.      https://nbpas.org/

    b.      https://nbpas.org/criteria/

    c.      https://nbpas.org/apply-or-renew/

    d.      https://nbpas.org/apply/?level=1

    e.      https://nbpas.org/why-nbpas/

    f.      https://nbpas.org/wp-content/Downloads/2014-08-25%20National%20Board%20of%20Physicians%20and%20Surgeons%20Bylaws.pdf.

3.      These webpages are the same ones which are referenced on pages 6-7 of the *Brief Of Defendant In Support Of Its Motion To Dismiss Plaintiffs' Class Action Complaint*, and are

1

2

copies of the same documents attached as Exhibits A-F to *Defendant's Motion Requesting Judicial Notice of NBPAS' Website*.

I testify, under penalty of perjury, that the foregoing is true and correct.

DATED this 10th day of May, 2019.


  /s/ Andrea Pearson
Andrea Pearson

2