# EXHIBIT A

Case: 1:19-cv-01614 Document #: 24-2 Filed: 05/10/19 Page 2 of 4 PageID #:233

# NATIONAL BOARD OF PHYSICIANS AND SURGEONS

HOME   APPLY / RECERTIFY   VERIFY CERTIFICATION   ADVOCACY CENTER   FAQS   ABOUT US   NEWS   CONTACT US

12/23/18   Urgent – Help NBPAS respond to the Vision Commission by requesting a moratorium on MOC components   Review & sign →

10/04/18   ABMS response to DOJ opinion letter supporting competition in physician certification   Read more →

9/13/18   DOJ states MOC may have the effect of "harming competition and increasing the cost of healthcare services."   Read more →

The National Board of Physicians and Surgeons (NBPAS) is committed to providing certification that ensures physician compliance with national standards and promotes lifelong learning.



Dr. Teirstein debating Dr. Lois Margaret Nora, CEO of the ABMS at the California Medical Association (CMA) annual House of Delegates meeting in Sacramento, CA on 10/16/16.

More videos

Dr. Teirstein's debate against the CEO of the ABIM at the Association of Professor's in Medicine Fall 2015 meeting.

Dr. Paul Teirstein Interviewed by ZDOGG – "Meet the man the American Board of Medical Specialties wants dead"

### Latest News

February 19, 2019

[Update on the Final ABMS Vision Commission Report Regarding Recommended Changes to MOC](#)

February 14, 2019

[NBPAS Newsletter Winter 2019](#)

January 25, 2019

[New Commission Report Is Tough on MOC](#)

January 20, 2019

[Banding Together Against Boards: How Physicians Are Fighting the MOC Program](#)

---

### Join our mailing list and stay informed

email address

**SUBSCRIBE**

---

# 7,500
CURRENT DIPLOMATES

**APPLY / RECERTIFY**

# 110
ACCEPTING HOSPITALS

**VIEW HOSPITALS**

# 360
VOLUNTEER ADVOCATES

**ADVOCACY CENTER**

Application takes < 15 minutes to complete. You will need:

1. Previous certification by an ABMS or AOA member board
2. Valid license to practice medicine, your medical license number, and your NPI number
3. At least 50 hours of ACCME accredited CME within the past 24 months (physicians-in-training are exempt)
4. For selected specialties, active hospital or outpatient facility privileges in that specialty
5. Clinical privileges in certified specialty have not been permanently revoked

View full certification requirements

## Specialties Offered

All current ABMS and AOA specialties are offered. To view current specialties offered, click here.