# EXHIBIT C

# NATIONAL BOARD OF PHYSICIANS AND SURGEONS

HOME | APPLY / RECERTIFY | VERIFY CERTIFICATION | ADVOCACY CENTER | FAQS | ABOUT US | NEWS | CONTACT US

## APPLY FOR OR RENEW NBPAS CERTIFICATION

If you are a DO previously certified by an AOA member board, please continue on our **NBOPAS application**.

Are you currently, or have you previously been, certified by the National Board of Physicians and Surgeons?

○ NO – This is my first time applying with the National Board of Physicians and Surgeons

○ YES – I am, or have been, certified by the National Board of Physicians and Surgeons and I am reapplying/renewing my certification

Certification by NBPAS is a measure of training, experience and life-long learning. It does not guarantee competence or any specific medical outcomes.