# EXHIBIT D

THE NATIONAL BOARD OF
NBPAS
PHYSICIANS & SURGEONS
NATIONAL BOARD OF
PHYSICIANS AND SURGEONS
HOME
APPLY / RECERTIFY
VERIFY CERTIFICATION
ADVOCACY CENTER
FAQS
ABOUT US
NEWS
CONTACT US

# APPLY

CREATE AN ACCOUNT ALREADY HAVE AN ACCOUNT? LOG IN HERE

Username *

Password *

Confirm Password *

E-mail Address *

Confirm E-mail Address *

Full Name LEAVE THIS BLANK

## Contact Information

If you are a DO initially certified by an AOA member board CLICK HERE

**Note:** This application takes approximately 15 minutes and you cannot save the application. We recommend you allocate adequate time prior to beginning the application.

First Name *

Last Name *

Suffix

Please enter your credentials below to be included on your certificate. i.e. M.D., D.O.

Credentials *

Please enter your name below **WITHOUT CREDENTIALS** as it should appear on a printed or electronic certificate, i.e. Joseph B. Smith

Name *

Address *

City *

State or Territory – choose one –

Zip

Non-US Address Country/Province

Business Phone *

Mobile Phone *

Secondary Email

## Medical License Information

NPI Number

**Medical License**: Please provide information for **ONE** state where you hold a valid, unrestricted medical license. If you only hold a license outside of the U.S., please upload evidence of an unrestricted license from a valid non-U.S. licensing body in the section for additional information below.
**Physicians in training**: In the license number field indicate you are in training and supply the U.S. state in which you are training.

License Number *

State or Territory - choose one - *

Expiration Month - choose one -

Expiration Year - choose one -

☐ **Revoked Privileges**: Check this box if your medical staff appointment/membership or clinical privileges in any specialty for which you are seeking certification have been involuntarily revoked and not reinstated and you have not subsequently maintained medical staff appointment/membership or clinical privileges in that specialty for at least 24 months in another US hospital licensed by a nationally recognized credentialing organization with deeming authority from CMS (ie Joint Commission, HFAP, DNV). **If you check this box, NBPAS will not be able offer you board certification.**

## General Certificate(s) and Specialties

**Instruction**: What board associated with ABMS certification(s) do you hold or have you previously held? You can select more than one General Certificate(s) and/or Subspecialty Certificate(s). To select multiple entries, hold down the 'CTRL' button. You may select from the top box (General Certificates) and/or the lower box (Subspecialty Certificates).

Note: If you select a certificate for a procedural specialty (i.e. a surgical specialty, IP or interventional cardiology) you will be asked to supply information about the hospital or outpatient facility in which you currently hold privileges in that specialty.

**NEVER ABMS CERTIFIED**: If you have never been certified by an ABMS board, NBPAS will not be able to certify you. We realize there are several other very credible national and international medical boards. Unfortunately, we can only certify ABMS diplomats. There are no exceptions.

**APPEALS**: NBPAS decisions can be appealed by writing to info@NBPAS.org and asking for an appeal by the Appeals Committee.

**HAVING TROUBLE FINDING YOUR GENERAL CERTIFICATE OR SUBSPECIALTY?** Before you give up, CLICK HERE for a complete a table of certificates offered along with their respective subspecialties.

Allergy and Immunology

General Certificate(s)
-- select general certificate if relevant --
Allergy and Immunology

Subspecialty Certificate(s)
-------- None --------

Anesthesiology

General Certificate(s)
-- select general certificate if relevant --
Anesthesiology



-- select multiple entries by holding CTRL button --
Critical Care Medicine
Hospice and Palliative Medicine
Pain Medicine
Pediatric Anesthesiology
Sleep Medicine

Subspecialty Certificate(s)

Colon and Rectal Surgery

General Certificate(s)
-- select general certificate if relevant --
Colon and Rectal Surgery

Subspecialty Certificate(s)
-------- None --------

Dermatology

General Certificate(s)
-- select general certificate if relevant --
Dermatology

Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Dermatopathology
Pediatric Dermatology

Emergency Medicine

General Certificate(s)
-- select general certificate if relevant --
Emergency Medicine

Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Anesthesiology Critical Care Medicine
Emergency Medical Services
Hospice and Palliative Medicine
Internal Medicine-Critical Care Medicine
Medical Toxicology
Pediatric Emergency Medicine
Sports Medicine
Undersea and Hyperbaric Medicine

Family Medicine

General Certificate(s)
-- select general certificate if relevant --
Family Medicine

Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Adolescent Medicine
Geriatric Medicine
Family Medicine with Focused Practice in Hospital Medicine
Hospice and Palliative Medicine
Pain Medicine

Geriatrics

See Family Medicine or Internal Medicine

Internal Medicine

General Certificate(s)
-- select general certificate if relevant --
Internal Medicine

-- select multiple entries by holding CTRL button --
Adolescent Medicine
Adult Congenital Heart Disease
Advanced Heart Failure and Transplant
Cardiology
Cardiovascular Disease
Critical Care Medicine
Electrophysiology
Endocrinology Diabetes and Metabolism
Gastroenterology
Geriatric Medicine
Hematology
Hospice and Palliative Medicine
Infectious Disease
Internal Medicine with a Focused Practice in Hospital Medicine
Interventional Cardiology
Medical Oncology
Nephrology
Pulmonary Disease
Rheumatology
Sleep Medicine
Sports Medicine

Subspecialty Certificate(s)

Medical Genetics and Genomics

General Certificate(s)
-- select general certificate if relevant --
Clinical Biochemical Genetics
Clinical Cytogenetics
Clinical Genetics (MD)
Clinical Molecular Genetics

Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Medical Biochemical Genetics
Molecular Genetic Pathology

Neurological Surgery

General Certificate(s)
-- select general certificate if relevant --
Neurological Surgery

Subspecialty Certificate(s)
-------- None --------

Neurology

General Certificate(s)
-- select general certificate if relevant --
Neurology
Neurology with Special Qualification in Child Neurology

Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Brain Injury Medicine
Child Neurology
Clinical Neurophysiology
Epilepsy
Hospice and Palliative Medicine
Neurodevelopmental Disabilities
Neuromuscular Medicine
Pain Medicine
Sleep Medicine
Vascular Neurology

Nuclear Medicine



General Certificate(s)
- -- select general certificate if relevant --
- Nuclear Medicine

Subspecialty Certificate(s)
- -------- None --------

Obstetrics and Gynecology

General Certificate(s)
- -- select general certificate if relevant --
- Obstetrics and Gynecology

Subspecialty Certificate(s)
- -- select multiple entries by holding CTRL button --
- Critical Care Medicine
- Female Pelvic Medicine and Reconstructive Surgery
- Gynecologic Oncology
- Hospice and Palliative Medicine
- Maternal and Fetal Medicine

Ophthalmology

General Certificate(s)
- -- select general certificate if relevant --
- Ophthalmology

Subspecialty Certificate(s)
- -------- None --------

Orthopaedic Surgery

General Certificate(s)
- -- select general certificate if relevant --
- Orthopaedic Surgery

Subspecialty Certificate(s)
- -- select multiple entries by holding CTRL button --
- Orthopaedic Sports Medicine
- Surgery of the Hand

Otolaryngology

General Certificate(s)
- -- select general certificate if relevant --
- Otolaryngology

Certificate(s)
- -- select multiple entries by holding CTRL button --
- Neurotology
- Pediatric Otolaryngology
- Plastic Surgery Within the Head and Neck
- Sleep Medicine

Pathology

General Certificate(s)
- -- select general certificate if relevant --
- Pathology Anatomic and Pathology Clinical
- Pathology Anatomic
- Pathology Clinical

Subspecialty Certificate(s)
- -- select multiple entries by holding CTRL button --
- Blood Banking/Transfusion Medicine
- Clinical Informatics
- Cytopathology
- Dermatopathology
- Hematopathology
- Neuropathology
- Pathology - Chemical
- Pathology - Forensic
- Pathology - Hematology
- Pathology - Medical Microbiology
- Pathology - Molecular Genetic

Pediatrics
General Certificate(s)
-- select general certificate if relevant --
Pediatrics
Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Adolescent Medicine
Child Abuse Pediatrics
Developmental-Behavioral Pediatrics
Hospice and Palliative Medicine
Medical Toxicology
Neonatal-Perinatal Medicine
Neurodevelopmental Disabilities
Pediatric Cardiology
Pediatric Critical Care Medicine
Pediatric Emergency Medicine
Pediatric Endocrinology
Pediatric Gastroenterology
Pediatric Hematology-Oncology
Pediatric Infectious Diseases
Pediatric Nephrology
Pediatric Pulmonology
Pediatric Rheumatology
Pediatric Transplant Hepatology
Sleep Medicine
Physical Medicine and Rehabilitation
General Certificate(s)
-- select general certificate if relevant --
Physical Medicine and Rehabilitation
Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Brain Injury Medicine
Hospice and Palliative Medicine
Neuromuscular Medicine
Pain Medicine
Pediatric Rehabilitation Medicine
Spinal Cord Injury Medicine
Sports Medicine
Plastic Surgery
General Certificate(s)
-- select general certificate if relevant --
Plastic Surgery
Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Plastic Surgery Within the Head and Neck
Surgery of the Hand
Preventive Medicine
General Certificate(s)
-- select general certificate if relevant --
Aerospace Medicine
Occupational Medicine
Public Health and General Preventive Medicine
Subspecialty Certificate(s)
-- select multiple entries by holding CTRL button --
Addiction Medicine
Clinical Informatics
Medical Toxicology
Undersea and Hyperbaric Medicine

Psychiatry

General Certificate(s)

-- select general certificate if relevant --
Psychiatry

Subspecialty Certificate(s)

-- select multiple entries by holding CTRL button --
Addiction Psychiatry
Brain Injury Medicine
Child and Adolescent Psychiatry
Forensic Psychiatry
Geriatric Psychiatry
Hospice and Palliative Medicine
Pain Medicine
Psychosomatic Medicine
Sleep Medicine

Radiology

General Certificate(s)

-- select general certificate if relevant --
Diagnostic Radiology
Interventional Radiology and Diagnostic Radiology
Radiation Oncology
Medical Physics

Subspecialty Certificate(s)

-- select multiple entries by holding CTRL button --
Hospice and Palliative Medicine
Neuroradiology
Nuclear Radiology
Pain Medicine
Pediatric Radiology
Vascular and Interventional Radiology

Surgery

General Certificate(s)

-- select general certificate if relevant --
Surgery
Vascular Surgery

Subspecialty Certificate(s)

-- select multiple entries by holding CTRL button --
Complex General Surgical Oncology
Hospice and Palliative Medicine
Pediatric Surgery
Surgery of the Hand
Surgical Critical Care

Thoracic Surgery

General Certificate(s)

-- select general certificate if relevant --
Thoracic and Cardiac Surgery

Subspecialty Certificate(s)

-- select multiple entries by holding CTRL button --
Congenital Cardiac Surgery

Urology

General Certificate(s)

-- select general certificate if relevant --
Urology

Subspecialty Certificate(s)

-- select multiple entries by holding CTRL button --
Female Pelvic Medicine and Reconstructive Surgery
Pediatric Urology



## Please upload evidence of continuing medical education

**Upload Instructions**: Upload certificates providing evidence (CME certificates or transcripts from the CME provider; Word documents and Excel files cannot be accepted) of 50 hours within the past 24 months of continuing medical education within at least one of the specialties you designated, provided by a recognized provider of the Accreditation Council for Continuing Medical Education (ACCME).
**Re-entry**: If your board certification has lapsed, please upload certificates providing evidence (CME certificates or transcripts from the CME provider) of **100 hours of CME within the past 24 months.**
**Physicians-in-or within 24 months of training**: Upload a letter from your program director stating you are enrolled in an ACGME accredited training program (instead of CME evidence), or upload a copy of your diploma showing date of training within 24 months.

After selecting your file for upload on our site, you will see the file name in the box or to the right of the upload button. If you are unable to upload the document below, please email the pdf to: documents@nbpas.org or fax the documents to: 888-861-4449.

Use this section to upload any additional information you believe is relevant to your application. (Not a required field)

Upload Choose File No file chosen

If you have questions about your application, please enter them here and we'll do our best to answer you. (Not a required field)

Questions

## Fee Summary

**Two year certification**: $169
**Already NBPAS Certified? Two year recertification (Renewal)**: $145 (Make sure the already certified box below is clicked to receive the discounted renewal price)
**Discounted Certification**: $29 for fellows/physician-in-training
**Paper Certificate**: To receive a paper certificate with gold seal suitable for framing an additional fee of $14 will apply. If the paper certificate option is not selected, you will receive a certificate electronically.

Paper Certificates ($14) 0

Total
$169

For your security, the National Board of Physicians and Surgeons does not store payment information on our servers. Our payment providers also force HTTPS for all transactions with all data encrypted using AES-256 with description codes stored on separate machines.

## Payment Information We Accept Visa, Mastercard, American Express and Discover

Card Number *

Expiration Date 01 ▼ * / 2019 ▼ *

Security Code (CVC) (what's this?)

Discount Code APPLY

TERMS AND CONDITIONS

The National Board of Physicians and Surgeons (NBPAS) reserves the right to deny certification to any individual believed by the board to lack sufficient qualifications. This may include individuals who meet the stated requirements but are found by the NBPAS to have characteristics that make them unsuitable for certification.

Certification by NBPAS is a measure of training, experience and life-long learning. It does not guarantee competence or any specific medical outcomes.

By checking the box below, I hereby consent to the disclosure, inspection and copying of information and documents relating to my credentials and qualifications and performance ("credentialing information") by and between the NBPAS and other healthcare organizations with which I have been affiliated. I authorize the NBPAS and its/their representatives to consult with representatives of other healthcare organizations with which I have been affiliated. I authorize and direct persons so consulted to provide such information to NBPAS.

By checking the box below, I attest to the accuracy of this application.

☐ I agree to the Terms and Conditions

SUBMIT AND CHECK OUT »