[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Emily Elizabeth Lazarou and
Aafaque Akhter )
Plaintiff )
)
) Case Number: 1-19-cv-01614
v. )
) Judge: John Z. Lee
American Board of )
Psychiatry and Neurology )
)
Defendant )

## NOTICE OF MOTION

**TO:** Robinson Curley, P.C., 300 Wacker Dr.,

Ste 1700, Chicago, IL 60606; Lite DePalma

Greeberg, LLC, 111 W Washington, Chicago

**PLEASE TAKE NOTICE** that on May 22, 2019 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge John Z. Lee or any judge sitting in his or her stead in **Courtroom** 1225 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Defendant's Motion to Dismiss Plaintiff's Class Action Complaint AND Defendant's Motion Requesting Judicial Notice of NBPAS' Website

### CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I provided service to the person or persons listed above by the following means: via notice from the CM/ECF system

Signature: _[signed]_   Date: 5/10/2019

Name (Print): Christopher Sullivan

Address: Price Parkinson & Kerr, PLLC   Phone: (801) 517-7009

5742 West Harold Gatty Drive

Salt Lake City, Utah 84116

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]