IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | Case No.: 1-19-cv-01614<br><br>Honorable John Z. Lee |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the American Board of Psychiatry and Neurology ("ABPN") states that it has no parent corporation and that no entity owns more than 5% of the corporation. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: May 10, 2019

Respectfully submitted,

By: /s/ *Christopher Sullivan*
Christopher B. Sullivan
PRICE PARKINSON & KERR
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Tel: (801) 517-7009
Sullivan@ppktrial.com

Anne I-Pin Shaw
Darryl Tom
SHAW LEGAL SERVICES, LTD.
540 W. Briar Place, Unit B
Chicago, Illinois 60657
ashaw@shawattorneys.com
dtom@shawattorneys.com

*Attorneys for Defendant American Board of Psychiatry and Neurology*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2019, the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to the following:

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com

Katrina Carroll
LITE DEPALMA GREENBERG, LLC
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@litedepalma.com

                                                              */s/ Christopher Sullivan*
                                                                Christopher Sullivan