# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Emily Elizabeth Lazarou, et al.

                                                  Plaintiff,

v.                                                                    Case No.: 1:19–cv–01614

                                                                       Honorable John Z. Lee

American Board of Psychiatry and Neurology

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2019:

      MINUTE entry before the Honorable John Z. Lee:Motion to appear pro hac vice by Ronald Price [27] is granted.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.