UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU, And AAFAQUE AKHTER<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 1:19-cv-01614<br>)<br>) Hon. John Z. Lee<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

The undersigned, one of the attorneys representing Plaintiffs in the above-captioned matter, has changed firms. Counsel's new contact information is as follows:

> Katrina Carroll
> Carlson Lynch LLP
> 111 W. Washington Street
> Suite 1240
> Chicago, IL 60602
> Email: kcarroll@carlsonlynch.com
> Phone: 312-750-1265

> > Respectfully submitted,
> >
> > /s/ Katrina Carroll
> >
> > Katrina Carroll
> > Carlson Lynch LLP
> > 111 W. Washington Street
> > Suite 1240
> > Chicago, IL 60602
> > Email: kcarroll@carlsonlynch.com

Dated: June 7, 2019                    Phone: 312-750-1265

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 7, 2019, the foregoing Notice of Change of Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Date: June 7, 2019

                 Katrina Carroll