IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU ) <br> and AAFAQUE AKHTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN BOARD OF PSYCHIATRY ) <br> AND NEUROLOGY, ) <br> ) <br> Defendant. ) | No. 1:19-cv-01614 <br><br> Hon. John Z. Lee |

PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE OVERSIZED BRIEF

Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter submit this Unopposed Motion For Leave to File an Oversized Response Brief in Opposition to American Board of Psychiatry and Neurology's ("ABPN") Motion to Dismiss Plaintiffs' Class Action Complaint, and in support thereof state as follows:

1. ABPN has moved to dismiss Plaintiffs' Class Action Complaint. (ECF Dkt. No. 22). Plaintiffs' Response is due June 7, 2019.

2. Local Rule 7.1 sets a fifteen page limit for briefs, and requires "[P]rior approval of the court" before filing an oversized brief.

3. Plaintiffs request leave to file an oversized brief of not more than twenty pages. While Plaintiffs' counsel appreciate the importance of brevity, and have worked diligently to streamline their arguments, they believe the extra pages are needed to adequately respond to the motion to dismiss.

4. Because ABPN has graciously agreed not to oppose this motion, allowing the oversized brief will not prejudice any party. Nor will it adversely impact the briefing schedule, as Plaintiffs have attached their proposed Response Brief as Exhibit 1.

WHEREFORE, Plaintiffs request that the Court grant their unopposed motion for leave to file an oversized brief.

Date: June 7, 2019                          Respectfully submitted,

                                      /s/ C. Philip Curley

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
Tel: 312.663.3100
Fax: 312.663.0303
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
Tel: 312.750.1265
Fax: 312.212.5919
kcarroll@carlsonlynch.com

*Attorneys for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter*