**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:19-cv-01614 |
| AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY, | ) ) ) ) | Hon. John Z. Lee |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, June 18, 2019 at 9:00 AM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John Z. Lee in Courtroom 1225 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**, a copy of which is attached hereto and hereby served upon you.


Date: June 7, 2019                             Respectfully submitted,


                                               /s/  C. Philip Curley

                                               C. Philip Curley
                                               Cynthia H. Hyndman
                                               Laura R. Feldman
                                               Benjamin E. Schwab
                                               ROBINSON CURLEY P.C.
                                               300 South Wacker Drive, Suite 1700
                                               Chicago, IL 60606
                                               Tel: 312.663.3100
                                               Fax: 312.663.0303
                                               pcurley@robinsoncurley.com
                                               chyndman@robinsoncurley.com
                                               lfeldman@robinsoncurley.com
                                               bschwab@robinsoncurley.com

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
Tel: 312.750.1265
Fax: 312.212.5919
kcarroll@carlsonlynch.com

*Attorneys for Plaintiffs Emily Elizabeth Lazarou*
*and Aafaque Akhter*

2