IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | Case No.: 1-19-cv-01614<br><br>Honorable John Z. Lee |

**DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION REQUESTING JUDICIAL NOTICE OF NBPAS' WEBSITE**

Defendant American Board of Psychiatry and Neurology ("ABPN") has previously moved this Court to take judicial notice under Fed. R. Evid. 201 of the Internet web pages of the National Board of Physicians and Surgeons' ("NBPAS"). In their Opposition to this motion, Plaintiffs claim their Complaint "includes one reference to the NBPAS website" in order to assert that the allegations regarding the NPBAS are not central to their Complaint. While, technically, this might be correct as the mention of the word "website" occurs only once, substantively it is misleading because there are multiple references to the NBPAS in the Complaint. *See Complaint* ¶¶ 75-79, 94.

Moreover, Plaintiffs refer the ABPN's website in their brief in opposition to the ABPN's motion to dismiss [*Opp. to MTD*, pp. 2, 13]; a "recent article published by the Journal of the American Medical Association" [*Id.*, at p. 11]; and the NBPAS [*Id.*, at pp. 8-9, 17].

Keeping in mind that the ABPN is asking this Court to take judicial notice of webpages about the NBPAS **published by the NBPAS**, and issues or "reasonable dispute" about the webpages authenticity or accuracy should, respectfully, be disregarded and the motion should be

1

granted. *See, e.g., Lacy v. Progressive Direct Ins., Co.*, Case No. 15 C 50110, 2016 WL 25717, *2 (N.D. Ill. Jan. 4, 2016) (discussing taking judicial notice of portions of website); *Belfron v. Credit Check Total Consumerinfo.com, Inc.*, Case No. 2:18-cv-00408, 2018 WL 4478906, *3 (E.D.N.Y. Oct. 1, 2018) ("The Court also may take judicial notice of these documents in order to consider them in adjudicating this motion. It is entirely proper for the Court to take judicial notice of publicly available documents on published websites").

Dated: June 21, 2019

Respectfully submitted,

By: /s/ *Christopher Sullivan*
Christopher B. Sullivan
PRICE PARKINSON & KERR
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Tel: (801) 517-7009
Sullivan@ppktrial.com

Anne I-Pin Shaw
Darryl Tom
SHAW LEGAL SERVICES, LTD.
540 W. Briar Place, Unit B
Chicago, Illinois 60657
ashaw@shawattorneys.com
dtom@shawattorneys.com

*Attorneys for Defendant American Board of Psychiatry and Neurology*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2019, the foregoing **DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION REQUESTING JUDICIAL NOTICE OF NBPAS' WEBSITE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to the following:

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com

Katrina Carroll
Carlson Lynch LLP
111 West Washington Street
Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com

                                            */s/ Christopher Sullivan*
                                                  Christopher Sullivan