UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Emily Elizabeth Lazarou, et al.

                  Plaintiff,

v.                                  Case No.: 1:19–cv–01614
                                          Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2019:

      MINUTE entry before the Honorable John Z. Lee:This case has been reassigned, the status hearing set for 10/22/19 is stricken.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.