IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | Case No.: 1-19-cv-01614<br><br>Honorable Martha M. Pacold |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant American Board of Psychiatry and Neurology ("ABPN") respectfully submits this Notice to inform the Court of a recent decision and order in *Kenney, et al. v. American Board of Internal Medicine*, Case No. 2:18-cv-05260-RK, United States District Court for the Eastern District of Pennsylvania.

On September 26, 2019, the court in *Kenney* issued its Memorandum opinion on the defendant's motion to dismiss (Docket No. 34), a true and correct copy of which is attached hereto as Exhibit A. Also on September 26, 2019, the court in *Kenney* issued its Order on the defendant's motion to dismiss (Docket No. 35), a true and correct copy of which is attached hereto as Exhibit B.

Dated: September 27, 2019

                                                  Respectfully submitted,

                                                  By: /s/ *Christopher Sullivan*
                                                      Christopher B. Sullivan
                                                      Ronald F. Price

PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Tel: (801) 517-7009
Sullivan@ppktrial.com
ronprice@ppktrial.com

Anne I-Pin Shaw
Darryl Tom
SHAW LEGAL SERVICES, LTD.
540 W. Briar Place, Unit B
Chicago, Illinois 60657
ashaw@shawattorneys.com
dtom@shawattorneys.com

*Attorneys for Defendant American Board of Psychiatry and Neurology*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2019, the foregoing **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to the following:

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com

Katrina Carroll
Carlson Lynch LLP
111 West Washington Street
Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com

                                                  */s/ Christopher Sullivan*
                                                     Christopher Sullivan