# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| GERARD KENNEY, ALEXA JOSHUA, GLEN DELA CRUZ MANALO, and KATHERINE MURRAY LEISURE, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | No. 18-5260 |
| v. | : : | |
| AMERICAN BOARD OF INTERNAL MEDICINE, | : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 26th day of September, 2019, upon consideration of Defendant ABIM's ("ABIM") Motion to Dismiss the Amended Complaint; Plaintiffs Gerard Kenny, Alexa Joshua, Glen Dela Cruz Manalo, and Katherine Murray Leisure's Memorandum of Law in Opposition, and ABIM's Reply in Support, it is hereby **ORDERED** that ABIM's Motion (Doc. No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Counts I (unlawful tying under the Section 1 of the Sherman Act) and IV (unjust enrichment) are **DISMISSED WITH PREJUDICE**;

2. Counts II (illegal monopolization and maintenance) and III (RICO Act violations) are **DISMISSED WITHOUT PREJUDCE**; and

3. Plaintiffs shall have **FOURTEEN DAYS** from the date of this Order to file a Second Amended Complaint.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE