IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU ) <br> and AAFAQUE AKHTER, individually and ) <br> on behalf of all others similarly situated ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v.   ) <br>   ) <br> AMERICAN BOARD OF PSYCHIATRY ) <br> AND NEUROLOGY, ) <br>   ) <br>   Defendant. ) | No. 1:19-cv-01614 <br><br> Hon. Martha M. Pacold |

## JOINT STATUS REPORT

Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated, and Defendant American Board of Psychiatry and Neurology, by their counsel, file this Joint Status Report pursuant to the Minute Order dated October 30, 2019. ECF Dkt. No. 45.

1. There have been no developments in this matter since the parties filed their Rule 26(f) initial Status Report on May 16, 2019, attached hereto as Exhibit A (ECF Dkt. No. 31), which, with the exception of the few items discussed below, fully addresses the current status and items in the Court's Reassignment Status Report template.

2. No party disputes federal jurisdiction.

3. All parties have been served.

4. Briefing on the Defendant's pending Rule 12(b)(6) Motion to Dismiss the Class Action Complaint and Motion Requesting Judicial Notice has been completed. The motions were filed on May 10, 2019.

5. No discovery has been taken. The discovery schedule in Exhibit A has not previously been extended.

6. No substantive rulings have been entered.

7. The case was originally assigned to Magistrate Judge (now District Judge) Mary M. Rowland and does not appear at this time to have been reassigned. No referrals have been made to the Magistrate Judge. The clients have been advised about the possibility of consenting to proceed before the assigned Magistrate Judge and have not consented.

Respectfully submitted,

/s/ C. Philip Curley
***Counsel for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated***

Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com
Tel: 312.663.3100
Fax: 312.663.0303

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com
Tel: 312.750.1265
Fax: 312.212.5919

/s/ Christopher B. Sullivan
***Counsel for Defendant American Board of Psychology and Neurology***

Christopher B. Sullivan
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, Utah 84116
chrissullivan@ppktrial.com
Tel: 801.517.7009

Anne I-Pin Shaw
Darryl Tom
SHAW LEGAL SERVICES LTD.
540 W. Briar Place, Suite B
Chicago, IL 60657
ashaw@shawattorneys.com
dtom@shawattorneys.com
Tel: 773.549.9500
Fax: 773.549.9503