## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Emily Elizabeth Lazarou, et al.

                                                   Plaintiff,

v.                                                             Case No.: 1:19–cv–01614
                                                              Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2019:

      MINUTE entry before the Honorable Martha M. Pacold:Status hearing held on 11/20/2019. Plaintiffs' supplemental brief to the pending motions to dismiss [22], [24] is due by 12/11/2019. Defendants' supplemental reply brief is due by 12/20/2019. Both briefs are limited to five pages each. Status hearing and potential ruling on the motions is set for 3/19/2020 at 9:45 a.m.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.