IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU<br>and AAFAQUE AKHTER, individually and<br>on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY<br>AND NEUROLOGY,<br><br>Defendant. | No. 1:19-cv-01614<br><br>Hon. Martha M. Pacold |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, by their attorneys, respectfully provide Notice to the Court of a recent decision of the United States Court of Appeals for the Seventh Circuit.

On February 24, 2020, the Seventh Circuit issued an opinion (Dkt. 71) in *Viamedia, Inc. v. Comcast Corp. and Comcast Cable Comm. Mgmt., Inc.*, No. 18-2852, reversing the district court's dismissal and entry of summary judgment on claims arising under Section 2 of the Sherman Act, 15 U.S.C. § 2. A copy of the opinion is attached hereto as Exhibit A.

Dated: March 12, 2020                Respectfully submitted,


/s/ Cynthia H. Hyndman

***Counsel for Plaintiffs Emily Elizabeth Lazarou
and Aafaque Akhter,
individually and on behalf of all
others similarly situated***

Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com
Tel: 312.663.3100
Fax: 312.663.0303

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com
Tel: 312.750.1265
Fax: 312.212.5919