# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Emily Elizabeth Lazarou, et al.

                                       Plaintiff,

v.                                                Case No.: 1:19−cv−01614
                                                          Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2020:

       MINUTE entry before the Honorable Martha M. Pacold:In order to reduce the number of in−court appearances, the status hearing set for 3/19/2020 is stricken. The Court will rule by mail on Defendants' motions to dismiss [22], [24].(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.