### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU ) <br> and AAFAQUE AKHTER, individually and ) <br> on behalf of all others similarly situated ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN BOARD OF PSYCHIATRY ) <br> AND NEUROLOGY, ) <br> ) <br> Defendant. ) | No. 1:19-cv-01614 <br><br> Hon. Martha M. Pacold |

## JOINT WRITTEN STATUS REPORT

Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated, and Defendant American Board of Psychiatry and Neurology ("ABPN"), by their counsel, file this Joint Written Status Report pursuant to the Third Amended General Order 20-0012 dated April 24, 2020 [ECF Dkt. No. 54]. The parties last submitted a Joint Written Status Report on November 11, 2019. [ECF Dkt. No. 46].

a) Discovery has not commenced; parties are awaiting ruling on the ABPN's motion to dismiss. ECF Dkt. No. 22.

b) All unresolved motions [ECF Dkt. Nos. 22, 24] were fully briefed as of December 20, 2019. ECF Dkt. No. 49.

c) No settlement efforts are underway and counsel for each of the respective parties agree that it would not be fruitful to engage in such efforts at present.

d) The schedule currently in place [ECF Dkt. No. 31] is sufficient.

e) N/A.

1

f) As previously directed by the Court on March 16, 2020 [ECF Dkt. No. 51], the pending motions will be decided without a live hearing.

g) The parties do not believe a telephonic hearing with the Judge is necessary at this time.

Dated: May 14, 2020

Respectfully submitted,

| *Counsel for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated* | *Counsel for Defendant American Board of Psychology and Neurology* |
|---|---|
| /s/ C. Philip Curley | /s/ Christopher B. Sullivan |
| Philip Curley<br>Cynthia H. Hyndman<br>Laura R. Feldman<br>Benjamin E. Schwab<br>ROBINSON CURLEY P.C.<br>300 South Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>pcurley@robinsoncurley.com<br>chyndman@robinsoncurley.com<br>lfeldman@robinsoncurley.com<br>bschwab@robinsoncurley.com<br>Tel: 312.663.3100<br>Fax: 312.663.0303<br><br>Katrina Carroll<br>CARLSON LYNCH LLP<br>111 West Washington, Suite 1240<br>Chicago, IL 60602<br>kcarroll@carlsonlynch.com<br>Tel: 312.750.1265<br>Fax: 312.212.5919 | Christopher B. Sullivan<br>PRICE PARKINSON & KERR, PLLC<br>5742 West Harold Gatty Drive, Suite 101<br>Salt Lake City, Utah 84116<br>Sullivan@ppktrial.com<br>Tel: 801.517.7009<br><br>Anne I-Pin Shaw<br>Darryl Tom<br>SHAW LEGAL SERVICES LTD.<br>540 W. Briar Place, Suite B<br>Chicago, IL 60657<br>ashaw@shawattorneys.com<br>dtom@shawattorneys.com<br>Tel: 773.549.9500<br>Fax: 773.549.9503 |