# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Emily Elizabeth Lazarou, et al.

                              Plaintiff,

v.                                                          Case No.: 1:19–cv–01614
                                                          Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2020:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant's motion requesting judicial notice [24] is denied. Defendant's motion to dismiss Plaintiffs' class action complaint [22] is granted. Plaintiffs' claims of unlawful tying under Section 1, monopolization under Section 2, and unjust enrichment are dismissed without prejudice to Plaintiffs' filing an amended complaint by 10/26/2020.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.