IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | No. 1:19-cv-01614<br><br>Hon. Martha M. Pacold |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT

Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated, by counsel, respectfully move the Court to extend the time to file an amended complaint until November 23, 2020. Plaintiffs state as follows in support of the motion:

1. The Complaint in this matter was filed on March 6, 2019. (Dkt. 1).

2. The Court granted Defendant's motion to dismiss on September 13, 2020, allowing Plaintiffs until October 26, 2020 to file an amended complaint. (Dkts. 59-60).

3. Due to other professional commitments and personal circumstances, including those impacted by COVID, Plaintiffs request until November 23, 2020, to file their amended complaint.

4. Defendant American Board of Psychiatry and Neurology has kindly advised that it does not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully requests that the time to file their amended complaint be extended to November 23, 2020.

Dated: October 12, 2020                    Respectfully submitted,

                                                         /s/ C. Philip Curley

*Counsel for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated*

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com
Tel: 312.663.3100
Fax: 312.663.0303

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com
Tel: 312.750.1265
Fax: 312.212.5919