# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Emily Elizabeth Lazarou, et al.

                                                   Plaintiff,

v.                                                                      Case No.: 1:19−cv−01614
                                                                     Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2020:

      MINUTE entry before the Honorable Martha M. Pacold:Plaintiffs' unopposed motion to extend time to file amended complaint [61] is granted. Plaintiffs are given until 11/23/2020 to file the amended complaint.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.