IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | Case No.: 1-19-cv-01614<br><br>Honorable Martha M. Pacold |

**DEFENDANT AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY'S UNAPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' FIRST AMENDED COMPLAINT AT LAW**

The Defendant, American Board of Psychiatry and Neurology, by its attorneys, and for its motion for an extension of time to answer or otherwise plead to Plaintiffs' First Amended Complaint at Law, states as follows:

1. On November 23, 2020, Plaintiffs filed and served their First Amended Complaint at Law. (Dkt. 63).

2. Defendant's response to the First Amended Complaint is currently due on December 7, 2020.

3. Due to the numerous factual allegations and other professional commitments, Defendant requests a forty-five (45) day extension of time to answer or otherwise plead, or to January 21, 2021.

4. Plaintiffs have advised that they do not oppose the relief requested herein.

1

WHEREFORE, the Defendant, American Board of Psychiatry and Neurology, respectfully requests that this Honorable Court grant its motion for an extension of time to answer or otherwise plead to January 21, 2021, and for such other relief as may be granted.

                                                Respectfully submitted,

                              By:     /s/Darryl Tom

Dated: November 27, 2020

                                                Christopher B. Sullivan
PRICE PARKINSON & KERR
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Sullivan@ppktrial.com

Anne I-Pin Shaw
Darryl Tom
SHAW LEGAL SERVICES, LTD.
540 W. Briar Place, Unit B
Chicago, Illinois 60657
ashaw@shawattorneys.com
dtom@shawattorneys.com

*Attorneys for Defendant American Board of Psychiatry and Neurology*