# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Emily Elizabeth Lazarou, et al.

                                        Plaintiff,

v.                                           Case No.: 1:19–cv–01614

                                               Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2020:

      MINUTE entry before the Honorable Martha M. Pacold:Defendant's unopposed motion for extension of time to answer or otherwise plead to Plaintiffs' First Amended Complaint at law [64] is granted. Defendant to answer or otherwise plead to the first amended complaint by 1/21/2021. The parties are directed to file a joint status report for the case going forward by 1/29/2021. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.