# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER, individually and on behalf of all others similarly situated )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY, )<br><br>Defendant. ) | No. 1:19-cv-01614<br><br>Hon. Martha M. Pacold |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Local Rule 83.17, the undersigned counsel for Plaintiffs, Benjamin E. Schwab, requests leave to withdraw his appearance for Plaintiffs, Emily Elizabeth Lazarou and Aafaque Akhter, stating as follows:

1. Mr. Schwab represented Plaintiffs under the supervision of lead counsel, C. Philip Curley of Robinson Curley P.C.

2. Mr. Schwab's last day of employment at Robinson Curley P.C. is January 8, 2021.

3. Plaintiffs will continue to be represented by C. Philip Curley, Cynthia H. Hyndman and Laura R. Feldman of Robinson Curley P.C. Therefore, Mr. Schwab's withdrawal will not prejudice Plaintiffs.

WHEREFORE, the undersigned counsel respectfully requests leave to withdraw his appearance on behalf of Plaintiffs.

Dated: January 7, 2021

Respectfully submitted,

**Counsel for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated**

By: /s/ Benjamin E. Schwab

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
Benjamin E. Schwab
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com
Tel: 312.663.3100
Fax: 312.663.0303

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com
Tel: 312.750.1265
Fax: 312.212.5919