# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | Case No.: 1:19-cv-01614<br><br>Honorable Martha M. Pacold |

### AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY'S MOTION TO DISMISS PLANTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant American Board of Psychiatry and Neurology ("ABPN") respectfully moves to dismiss with prejudice all counts of Plaintiffs' First Amended Class Action Complaint ("FAC") (ECF No. 63) for failure to state a claim upon which relief can be granted. The specific grounds for this motion are set forth in the accompanying brief, filed concurrently herewith.

This motion is opposed, and counsel have conferred and stipulate to and submit the following joint proposed briefing schedule: Plaintiffs shall file any opposition on or before March 22, 2021, and ABPN shall file any reply on or before April 19, 2021.

Dated: January 21, 2021

Respectfully submitted,

/s/ *Christopher Sullivan*
Christopher B. Sullivan
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Pl., STE 600
Salt Lake City, Utah 8411
Tel: (801) 998-8888
csullivan@mbmlawyers.com

1

Anne I-Pin Shaw
Darryl Tom
SHAW LEGAL SERVICES, LTD.
540 W. Briar Place, Unit B
Chicago, Illinois 60657
ashaw@shawattorneys.com
dtom@shawattorneys.com

*Attorneys for Defendant American Board of Psychiatry and Neurology*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 21, 2021, the foregoing **AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY'S MOTION TO DISMISS PLANTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing by email to the following:

    C. Philip Curley (pcurley@robinsoncurley.com)
    Cynthia H. Hyndman (chyndman@robinsoncurley.com)
    Laura R. Feldman (lfeldman@robinsoncurley.com)
    ROBINSON CURLEY P.C.
    300 South Wacker Drive, Suite 1700
    Chicago, IL 60606

    Katrina Carroll (kcarroll@carlosnlynch.com)
    CARLSON LYNCH, LLP
    111 West Washington, Suite 1240
    Chicago, IL 60602

                                    */s/ Christopher Sullivan*