# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Emily Elizabeth Lazarou, et al.

                                                                   Plaintiff,

v.                                                                      Case No.: 1:19–cv–01614
                                                                                  Honorable Martha M. Pacold

American Board of Psychiatry and Neurology

                                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2021:

      MINUTE entry before the Honorable Martha M. Pacold:In light of the fact that a briefing schedule was entered on January 25, 2021 [70], the portion of this court's November 30, 2020 minute entry [65] requiring the parties to file a joint status report by 1/29/2021 is stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.