**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **EMILY ELIZABETH LAZAROU**<br>**and AAFAQUE AKHTER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01614 |
| | ) | |
| **AMERICAN BOARD OF PSYCHIATRY** | ) | |
| **AND NEUROLOGY,** | ) | Hon. Martha M. Pacold |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE OVERSIZED BRIEF**

Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter submit this Unopposed Motion For Leave to File an Oversized Response Brief in Opposition to American Board of Psychiatry and Neurology's ("ABPN") Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, and in support thereof state as follows:

1. ABPN has moved to dismiss Plaintiffs' First Amended Class Action Complaint. (ECF Dkt. No. 68). Plaintiffs' Response is due March 22, 2021.

2. Local Rule 7.1 sets a fifteen page limit for briefs, and requires "[P]rior approval of the court" before filing an oversized brief.

3. Plaintiffs request leave to file an oversized brief of not more than twenty-two pages. While Plaintiffs' counsel appreciate the importance of brevity, and have worked diligently to streamline their arguments, they believe the extra pages are needed to adequately respond to the motion to dismiss.

-1-

4.      Because ABPN has graciously agreed not to oppose this motion, allowing the oversized brief will not prejudice any party. Nor will it adversely impact the briefing schedule, as Plaintiffs have attached their proposed Response Brief as Exhibit 1.

WHEREFORE, Plaintiffs request that the Court grant their unopposed motion for leave to file an oversized brief.

Date: March 22, 2021                    Respectfully submitted,

                                        /s/  C. Philip Curley

                                        C. Philip Curley
                                        Cynthia H. Hyndman
                                        Robert L. Margolis
                                        Laura R. Feldman
                                        ROBINSON CURLEY P.C.
                                        300 South Wacker Drive, Suite 1700
                                        Chicago, IL 60606
                                        Tel: 312.663.3100
                                        Fax: 312.663.0303
                                        pcurley@robinsoncurley.com
                                        chyndman@robinsoncurley.com
                                        rmargolis@robinsoncurley.com
                                        lfeldman@robinsoncurley.com

                                        Katrina Carroll
                                        CARLSON LYNCH LLP
                                        111 West Washington, Suite 1240
                                        Chicago, IL 60602
                                        Tel: 312.750.1265
                                        Fax: 312.212.5919
                                        kcarroll@carlsonlynch.com

                                        *Attorneys for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that on March 22, 2021, he caused the

foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED**

**BRIEF** to be filed with the Clerk of the Court for the Northern District of Illinois, Eastern

Division, using the Court's CM/ECF system, pursuant to which notification of such filing has

been made to all counsel of record.


   /s/ C. Philip Curley