IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY ELIZABETH LAZAROU and AAFAQUE AKHTER, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY,<br><br>Defendant. | No. 1:19-cv-01614<br><br>Hon. Martha M. Pacold |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Local Rule 83.17, the undersigned counsel for Plaintiffs, Laura R. Feldman, requests leave to withdraw her appearance for Plaintiffs, stating as follows:

1. Attorney Laura R. Feldman appeared on behalf of Plaintiffs in this case.

2. Ms. Feldman's last day of employment at Robinson Curley P.C. is May 13, 2021.

3. Plaintiffs will continue to be represented by C. Philip Curley and Cynthia H. Hyndman of Robinson Curley P.C. Therefore, Ms. Feldman's withdrawal will not prejudice Plaintiffs.

WHEREFORE, the undersigned counsel respectfully requests leave to withdraw her appearance on behalf of Plaintiffs.

Dated: May 7, 2021

Respectfully submitted,

   /s/ Laura R. Feldman
***Counsel for Plaintiffs Emily Elizabeth Lazarou and Aafaque Akhter, individually and on behalf of all others similarly situated***

C. Philip Curley
Cynthia H. Hyndman
Laura R. Feldman
ROBINSON CURLEY P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
pcurley@robinsoncurley.com
chyndman@robinsoncurley.com
lfeldman@robinsoncurley.com
bschwab@robinsoncurley.com
Tel: 312.663.3100
Fax: 312.663.0303

Katrina Carroll
CARLSON LYNCH LLP
111 West Washington, Suite 1240
Chicago, IL 60602
kcarroll@carlsonlynch.com
Tel: 312.750.1265
Fax: 312.212.5919