

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____    _____

Signature of Attorney                                    Date

Rev. 01272016

**Active Cases in the Northern District of Illinois**

| Case No. | Case Title | Assigned Judge |
|---|---|---|
| 13-cv-6500 | McDaniel v. Loyola University Medical Center, et al. | Robert M. Dow, Jr. |
| 15-cv-11639 | Svanaco, Inc. v. Brand, et al. | Andrea R. Wood |
| 17-cv-8146 | Howard v. Cook County Sheriff's Office, et al. | Matthew F. Kennelly |
| 18-cv-1880 | Schloss v. City of Chicago, et al. | Thomas M. Durkin |
| 18-cv-1974 | Bresnahan v. City of Chicago, et al. | Thomas M. Durkin |
| 19-cv-1257 | Tapia v. City of Chicago, et al. | Thomas M. Durkin |
| 19-cv-1614 | Lazarou, et al. v. American Board of Psychiatry and Neurology | Martha M. Pacold |
| 21-cv-928 | Majumdar v. Fair | Jorge L. Alonso |